UNITED STATES DISTRICT COURT

Northern District of California

JOSEPH R. LIRANZO,

                Plaintiff(s),              No. C 09-06099 MEJ

   v.

ONEWEST BANK FSB,             **ORDER TO SHOW CAUSE**

                Defendant(s).

_____/

On January 18, 2010, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of February 25, 2010. (Dkt. #5.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by February 4, 2010. However, Plaintiff failed to file an opposition. Further, on January 19, 2010, the Court directed the parties to consent to magistrate jurisdiction or request reassignment by February 4, 2010. (Dkt. #9.) Plaintiff file his consent or request for reassignment. Accordingly, the Court hereby VACATES the February 25 hearing and ORDERS Plaintiff Joseph Liranzo to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by February 18, 2010, and the Court shall conduct a hearing on February 25, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 5, 2010

                                                         Maria-Elena James
                                                         Chief United States Magistrate Judge