IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LIRANZO, | No. C 09-06099 RS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ONEWEST BANK FSB, successor to INDYMAC FEDERAL BANK FSB; QUALITY LOAN SERVICE CORPORATION; and DOES 1-10, | |
| Defendants. | |

Pursuant to the March 15, 2010, order adopting the Chief Magistrate Judge's report and recommendation of dismissal, judgment is entered in favor of defendants OneWest Bank FSB and Quality Loan Service Corporation and against plaintiff Joseph Liranzo. The Clerk shall close this case.

IT IS SO ORDERED.

Dated: 03/15/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE